OMAHA & COUNCIL BLUFFS STREET RAILWAY COMPANY, APPELLEE, V. BOULEVARD TRANSIT COMPANY, APPELLANT.

FILED MARCH 19, 1926. No. 23664.

APPEAL from the district court for Douglas county: WILLIAM G. HASTINGS, JUDGE. *Reversed and dismissed.*

*Smith, Schall, Howell & Sheehan,* for appellant.

*John L. Webster, contra.*

Heard before MORRISSEY, C. J., DAY, GOOD, THOMPSON and EBERLY, JJ.

EBERLY, J.

All questions of importance and major consideration presented in this case having been determined adversely to the appellee herein in *Omaha & C. B. Street R. Co. v. City of Omaha, ante,* p. 483, in pursuance to the rule announced therein, this case is reversed and dismissed.

REVERSED AND DISMISSED.